People of the State of Illinois, Plaintiff-Appellee, v. Angelo Ferrara, Defendant-Appellant.

Gen. Nos. 50,667, 50,955. 

First District, Second Division.

October 4, 1966.

Thomas O. Flack and Jay M. David, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James S. Veldman, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.